**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:05CV371-DJS ) |
| CRAIG N. COHEN, | ) ) |
| Defendant. | ) |

### ORDER

The Court will order each party to submit, no later than January 12, 2007, proposed findings of fact and conclusions of law, in addition to a supplemental trial brief. The Court will not consider a proposed finding of fact without at least one supporting pinpoint citation to the record. The Court will not "wade through and search the entire record for some specific facts that might support [a] party's claim." See White v. McDonnell Douglas Corp., 904 F.2d 456, 458 (8th Cir. 1990), quoting InterRoyal Corp. v. Sponseller, 889 F.2d 108, 111 (6th Cir. 1989). The Court further expects references to cases to include pinpoint citations.

Accordingly,

**IT IS HEREBY ORDERED** that no later than **January 12, 2007**, each party shall submit to the Court and to opposing counsel full, complete, and specific findings of fact and conclusions of law, together with a supplemental trial brief, citing authorities, in support of said party's legal theories.

**IT IS FURTHER ORDERED** that each proposed finding of fact shall have specific pinpoint citations to the record.

Dated this   27th   day of October, 2006.

                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE