**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. 4:05CV371-DJS |
| CRAIG N. COHEN, ) ) | |
| Defendant. ) | |

### JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of defendant Craig N. Cohen and against plaintiff Securities and Exchange Commission on Counts 1, 2, 3, 5, 6, and 7 of plaintiff's first amended complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiff Securities and Exchange Commission and against defendant Craig N. Cohen on Count 4 of plaintiff's first amended complaint, and defendant Craig N. Cohen shall pay a civil penalty in the amount of $5,000.00 to the Treasury of the United States, plus such post-judgment interest as is allowed by law at the applicable rate of 4.94%.

Dated this ___19th___ day of April, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE